# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135164

RODNEY URSERY,
      Plaintiff-Appellant,

v

                          SC: 135164
                          COA: 271560
OPTION ONE MORTGAGE CORPORATION,   Wayne CC: 04-427037-CK
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the July 31, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2008                     _____

d0319                                     Clerk